UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **WAYNE HOWARD** | **CIVIL ACTION** |
| | **NO: 10-1814** |
| **VERSUS** | |
| **WENDY LEMMIER, ET AL** | **SECTION: "I" (4)** |

ORDER

The Court, having considered the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the lack of any objection by plaintiff, Wayne Howard, to the Report and Recommendation as to all defendants except Wendy Lemmier, approves the Report and Recommendation of the U.S. Magistrate Judge and adopts it as its opinion in this matter as to all defendants except Wendy Lemmier. Therefore,

**IT IS ORDERED** that Howard's §1983 complaint filed against Katherine M. Dowling, Albert F. Widmer, Jr., Elizabeth Toca, Juvenile Court Judges, Judge Ann Keller and Judge C.B. Edward, and the Infant Team of Jefferson Parish, and the Jefferson Parish Juvenile Court in Harvey, Louisiana be **DISMISSED WITH PREJUDICE.**

New Orleans, Louisiana, this 1st day of February, 2011.

_____
LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE