UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| WAYNE HOWARD | CIVIL ACTION |
| VERSUS | NO. 10-1814 |
| WENDY LEMMIER, KATHERINE M. DOWLING, ALBERT F. WIDNER, JR., ELIZABETH TOCA, JUDGE ANN KELLER, JUDGE C.B. EDWARD, INFANT TEAM OF JEFFERSON PARISH, JEFFERSON PARISH JUVENILE COURT, HARVEY, LA. | SECTION "I"(4) |

**O R D E R**

The Court, having considered the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of the plaintiff to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that the plaintiff Wayne Howard's 42 U.S.C. § 1983 claims against the defendant Wendy Lemmier are **DISMISSED WITH PREJUDICE** as frivolous and otherwise for failure to state a claim for which relief can be granted pursuant to 28 U.S.C. §§ 1915(e), 1915A.

New Orleans, Louisiana, this ___10th___ day of November, 2011.

_____
LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE